BRIAN GAFFNEY (State Bar No. 168778)
MATT MCFARLAND (State Bar No. 225537)
Law Offices of Brian Gaffney
605 Market Street, Suite 505
San Francisco, CA 94105
Tel: (415) 442-0711;  Fax: (415) 442-0713
E-mail: Brian@gaffneylegal.com

MICHAEL R. LOZEAU (State Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102;  Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227;  Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

CHRISTOPHER CARR (State Bar No. 184076)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Tel:  (415) 268-7000;  Fax:   (415) 268-7522
E-mail: ccarr@mofo.com

Attorneys for Defendants
711 MATERIALS, INC. and REED LEASING GROUP, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>711 MATERIALS, INC., a corporation; REED LEASING GROUP LLC.;<br><br>        Defendants. | Case No. 2:07-cv-01918-LEW-JFM<br><br>**JOINT NOTICE OF SETTLEMENT; STIPULATED REQUEST TO STAY PROCEEDING PENDING AGENCIES' REVIEW OF SETTLEMENT AGREEMENT; ORDER**<br><br>Complaint filed: September 13, 2007<br>Hon. Ronald S.W. Lew |

---

1

Joint Notice of Settlement;                                                    CASE NO. 2:07-cv-01918-LEW-JFM
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

1 Pursuant to Local Rules 16-160 and 16-272, Plaintiff California Sportfishing Protection Alliance and Defendants 7-11 Materials, Inc. and Reed Leasing Group, LLP hereby notify the Court that the parties have reached a settlement agreement that will fully resolve this litigation. A true and correct copy of the executed settlement agreement is attached as Exhibit A to the Declaration of Michael R. Lozeau, filed contemporaneously with this Notice and Stipulated Request. Plaintiff has forwarded the settlement agreement to the United States Environmental Protection Agency and the United States Department of Justice to begin a 45-day review period by those agencies prescribed by Section 505(c)(3) of the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(3). Lozeau Dec., ¶ 3; *Id.*, Exhibit B. At the completion of the 45-day agency review period, the parties will file a stipulated request for dismissal requesting the Court to dismiss the action and maintain jurisdiction over this matter to enforce the terms of the settlement agreement. *Id*., ¶ 4 & Exhibit A, ¶ 2.

The parties further request that, in light of the above, the Court immediately stay all proceedings in this action until March 13, 2008, by which date the parties will have filed their stipulated request for dismissal. The parties request that all deadlines and dates currently scheduled by the Court be vacated. The parties further request, in light of the settlement agreement and the 45-day agency review period, that the Court also extend the 20-day period from the date of this notice for filing the dispositional document, *i.e.*, in this case, the stipulated request for dismissal – to a date approximately 70 days from the date of this notice in order for

///
///
///
///
///
///
///
///
///

2
Joint Notice of Settlement;                                                   CASE NO. 2:07-cv-01918-LEW-JFM
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

the federal agencies to exercise their statutorily prescribed 45-day review.  *See* Local Rule 16-160(b).

Dated: January 7, 2008                    Respectfully submitted,

                                                LAW OFFICE OF MICHAEL R. LOZEAU

                                                By:     /s/ *Michael R. Lozeau* _____
                                                          Michael R. Lozeau
                                                          Attorney for Plaintiff
                                                          CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

                                                MORRISON & FOERSTER LLP

                                                By:     /s/ *Christopher Carr* (as authorized on 1/4/2008)
                                                          Christopher Carr
                                                          Attorney for Defendants
                                                          711 MATERIALS, INC.
                                                          REED LEASING GROUP LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All proceedings in this action are hereby stayed until March 13, 2008.  The dates set forth in the Court's previous joint status report order are vacated.  The parties shall file their proposed dispositional document not later than March 13, 2008.

Dated:   January 7, 2008

                                                /s/ Ronald S. W. Lew_____
                                                Hon. Ronald S.W. Lew
                                                United States District Court Judge

3

Joint Notice of Settlement;                                              CASE NO. 2:07-cv-01918-LEW-JFM
Stipulated Request to Stay Proceeding Pending Agencies' Review of
Settlement Agreement; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com