1  BRIAN GAFFNEY (State Bar No. 168778)
   MATT MCFARLAND (State Bar No. 225537)
2  Law Offices of Brian Gaffney
   605 Market Street, Suite 505
3  San Francisco, CA  94105
   Tel: (415) 442-0711;  Fax: (415) 442-0713
4  E-mail: Brian@gaffneylegal.com

5  MICHAEL R. LOZEAU (State Bar No. 142893)
   Law Office of Michael R. Lozeau
6  1516 Oak Street, Suite 216
   Alameda, CA 94501
7  Tel: (510) 749-9102;  Fax: (510) 749-9103 (fax)
   E-mail: mrlozeau@lozeaulaw.com
8
   ANDREW L. PACKARD (State Bar No. 168690)
9  MICHAEL P. LYNES (State Bar No. 230462)
   Law Offices of Andrew L. Packard
10 319 Pleasant Street
   Petaluma, CA 94952
11 Tel: (707) 763-7227;  Fax: (415) 763-9227
   E-mail: andrew@packardlawoffices.com
12
13 Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
14
   CHRISTOPHER CARR (State Bar No. 184076)
15 Morrison & Foerster LLP
   425 Market Street
16 San Francisco, CA 94105-2482
   Tel:  (415) 268-7000;  Fax:   (415) 268-7522
17 E-mail: ccarr@mofo.com

18 Attorney for Defendants
   711 MATERIALS, INC. and REED LEASING GROUP, LLC
19

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>711 MATERIALS, INC., a corporation; REED LEASING GROUP LLC.;<br><br>            Defendants. | Case No. 2:07-cv-01918-LEW-JFM<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference:  n/a<br>Time:  n/a<br>Courtroom: n/a |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on May 1, 2006, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants 7-11 Materials, Inc. and Reed Leasing Group LLC ("7-11 Materials") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on September 13, 2007 CSPA filed its Complaint against 7-11 MATERIALS in this Court, *California Sportfishing Protection Alliance v. 7-11 Materials, Inc. and Reed Leasing Group LLC,* Case No. 2:07-cv-01918-LEW-JFM.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and 7-11 MATERIALS, through their authorized representatives and without either adjudication of CSPA's claims or admission by 7-11 MATERIALS of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and 7-11 MATERIALS is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2008 for the sole purpose of resolving any

///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: February 27, 2008          Respectfully submitted,

LAW OFFICE OF MICHAEL R. LOZEAU

By:    /s/ *Michael R. Lozeau*
      Michael R. Lozeau
      Attorney for Plaintiff California Sportfishing
      Protection Alliance

MORRISON & FOERSTER LLP

By:    */s/ Christopher Carr* (as authorized on February 27, 2008)
      Christopher Carr
      Attorney for Defendants 7-11 Materials, Inc. and
      Reed Leasing Group LLC

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants 7-11 Materials, Inc. and Reed Leasing Group LLC, as set forth in the Notice and Complaint filed in Case No. 2:07-cv-01918-LEW-JFM, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2008 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 28, 2008

                                                /s/ Ronald S. W. Lew_____
                                                Judge Ronald S.W. Lew
                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com